IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Perez, Doris M | Case Number: 08 B 25230 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 9/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 13, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,540.00 | |
| Secured: | | 971.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 467.00 |
| Trustee Fee: | | 101.64 |
| Other Funds: | | 0.00 |
| Totals: | 1,540.00 | 1,540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,080.00 | 467.00 |
| 2. | Regional Acceptance | Secured | 17,054.90 | 971.36 |
| 3. | Healthcare Associates Credit Union | Unsecured | 44.61 | 0.00 |
| 4. | RJM Acquisitions LLC | Unsecured | 14.19 | 0.00 |
| 5. | Capital One Auto Finance | Unsecured | 939.09 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 20.55 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 8. | Bally's | Unsecured | | No Claim Filed |
| 9. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 10. | Dish Network | Unsecured | | No Claim Filed |
| 11. | HSBC | Unsecured | | No Claim Filed |
| 12. | Embarq Florida Inc | Unsecured | | No Claim Filed |
| 13. | Explorer Insurance Co | Unsecured | | No Claim Filed |
| 14. | Illinois Masonic Medical Center | Unsecured | | No Claim Filed |
| 15. | Bank One | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | Key Bank USA National Association | Unsecured | | No Claim Filed |
| 18. | Progress Energy | Unsecured | | No Claim Filed |
| 19. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 20. | Willow Lake | Unsecured | | No Claim Filed |
| | | | $ 21,153.34 | $ 1,438.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 101.64 |
| | $ 101.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Perez, Doris M

Printed: 02/24/09

Case Number:  08 B 25230
Judge:  Goldgar, A. Benjamin
Filed:  9/23/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*